IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JERAMEY R. BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 04-cv-0824-MJR |
| ) | |
| **THE CITY OF GRANITE CITY,** ) | |
| **ILLINOIS, GRANITE CITY POLICE** ) | |
| **DEPARTMENT, CAPTAIN SCHARDIN,** ) | |
| **DAVID ATCHISON, AARON FLYNN,** ) | |
| **JEFF PARKER, MIKE NORDSTROM,** ) | |
| **THE MADISON COUNTY SHERIFF'S** ) | |
| **DEPARTMENT, JOHN LAKIN,** ) | |
| **BRAD WELLS, COUNTY OF MADISON,** ) | |
| **IL, BOB CHURCHICH, BOB HERTZ,** ) | |
| **JOE GULASH, BOB HELLENBECK,** ) | |
| **DEPUTY HILL, and DEPUTY LEMARR,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**REAGAN, District Judge:**

Jeramey Brown filed a complaint against the Defendants under 42 U.S.C. § 1983 on Oct 1, 2004. Brown awaits criminal trial, after his conviction in a 2003 case was remanded by the state appellate court. Additionally, Brown is pursuing an appeal in the Fifth District Appellate Court of Illinois alleging prosecutorial misconduct in his 2003 case. Both cases present issues involved in this § 1983 action. Defendants move this Court to stay Brown's § 1983 action pending resolution of state court proceedings. Brown has no objection to the stay.

A stay will serve the interests of judicial economy and preserve the resources of the parties in this case. Cognizant of the importance of comity, the Court does not wish to address issues that may be resolved in the ongoing state court proceedings. Therefore, a stay is warranted.

However, the parties have a duty to keep the Court apprised of the status and development of the related state cases.

The Court **GRANTS** Defendants' motion (Doc.99) and **STAYS** this case.

The Court **DIRECTS** defense counsel to file status reports regarding the state court proceedings on the following dates: January 15, 2008, May 15, 2008, and September 15, 2008. Questions regarding this Order may be addressed Judge Reagan's law clerk at 618-482-9424.

**IT IS SO ORDERED.**

**DATED this 14th day of September 2007.**

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge