# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERAMEY R. BROWN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 04-cv-0824-MJR** |
| | ) | |
| THE CITY OF GRANITE CITY, | ) | |
| ILLINOIS, GRANITE CITY POLICE | ) | |
| DEPARTMENT, CAPTAIN SCHARDIN, | ) | |
| DAVID ATCHISON, AARON FLYNN, | ) | |
| JEFF PARKER, MIKE NORDSTROM, | ) | |
| THE MADISON COUNTY SHERIFF'S | ) | |
| DEPARTMENT, JOHN LAKIN, | ) | |
| BRAD WELLS, COUNTY OF MADISON, | ) | |
| IL, BOB CHURCHICH, BOB HERTZ, | ) | |
| JOE GULASH, BOB HELLENBECK, | ) | |
| DEPUTY HILL, and DEPUTY LEMARR, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**REAGAN, District Judge:**

Jeramey Brown filed a complaint against the Defendants under 42 U.S.C. § 1983 on

Oct 1, 2004. Brown awaits criminal trial in Illinois state court, after his conviction in a 2003 case

was remanded by the state appellate court. Additionally, Brown is pursuing an appeal in the Fifth

District Appellate Court of Illinois alleging prosecutorial misconduct in his 2003 case. As both

cases present issues involved in this § 1983 action, the Court granted Defendant's motion to stay on

September 14, 2007 (Doc. 103).

On November 20, 2007, Brown filed a motion for confidential, unmonitored attorney-

client telephone communications, which remains pending (Doc. 105). Therein, Brown moves the

Court to partially lift the stay so that it can order the Madison County Jail to permit him to engage

in unmonitored telephone conversations with his attorney.

The Court **DENIES AS MOOT** the portion of the motion (Doc. 105) that requests the Court to lift the stay in this case.  The stay need not be lifted in order for the Magistrate Judge assigned to this action to grant or deny the requested relief.  Accordingly, the part of the motion for confidential unmonitored attorney-client telephone communications may now be ruled on by Magistrate Judge Donald G. Wilkerson.

**IT IS SO ORDERED.**

**DATED this 27th day of May 2008.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**
