IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JERAMEY BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   04-824-SCW |
| | ) | |
| MADISON COUNTY, ILLINOIS, | ) | |
| BOB CHURCHICH, BOB HERTZ, | ) | |
| WILLIAM HAINE, WILLIAM MUDGE, | ) | |
| JAMES HACKETT, JOE GULASH, | ) | |
| BOB HOLLENBECK, KEITH JENSEN, | ) | |
| MIRIAM F. MIQUELON, DEPUTY HILL, | ) | |
| DEPUTY LeMARR, UNKNOWN PARTY, | ) | |
| DAVID ATCHINSON, | ) | |
| CITY OF GRANITE CITY, AARON FLYNN, | ) | |
| GRANITE CITY POLICE DEPARTMENT, | ) | |
| JOHN LAKIN, MADISON COUNTY | ) | |
| SHERIFF'S DEPARTMENT, | ) | |
| MIKE NORDSTROM, JEFF PARKER, | ) | |
| CAPTAIN SCHARDIN and BRAD WELLS, | ) | |
| Defendant(s), | ) | |
| | ) | |

### JUDGMENT IN A CIVIL CASE

Defendants WILLIAM HAINE, WILLIAM MUDGE, KEITH JENSEN and MIRIAM F. MIQUELON, were dismissed with prejudice by an Order entered by Judge James L. Foreman on August 10, 2005 (Doc. 11)

Defendant JAMES HACKETT and UNKNOWN PARTY, were dismissed by the filing of the Second Amended Complaint on April 25, 2006 (Doc. 65).

The remainder of the case was reported as settled and a 90 Day Order of Dismissal was entered on November 4, 2014 by Magistrate Judge Stephen C. Williams (Doc. 222).

IT IS THEREFORE ORDERED that judgment is entered in favor of Defendants WILLIAM HAINE, WILLIAM MUDGE, KEITH JENSEN, MIRIAM F. MIQUELON, and JAMES HACKETT and against Plaintiff JERAMEY R. BROWN.

The remaining Defendants, THE CITY OF GRANITE CITY, THE GRANITE CITY POLICE DEPARTMENT, CAPTAIN SCHARDIN, DAVID ATCHISON, AARON FLYNN, JEFF PARKER, MIKE NORSTROM, THE MADISON COUNTY SHERIFF'S DEPARTMENT, JOHN LAKIN, BRAD WELLS, COUNTY OF MAIDSON, Il BOB CHURCHICH, BOB HERTZ, BOB HOLLENBECK, DEPUTY HILL AND DEPUTY LEMARR are dismissed without prejudice in accordance to Unopposed Motion to Vacate and Stipulation of Dismissal filed by Plaintiff on April 9, 2015 (Doc. 223).

Each party is to bear its own attorney's fees and costs.

Dated: April 21, 2015

JUSTINE FLANAGAN, Acting Clerk of Court

By: s//Angie Vehlewald
Deputy Clerk

Approved:   s/Stephen C. Williams
Stephen C. Williams
United States Magistrate Judge